# EXHIBIT A

**LINQ**
Secure Processing Center
615 Molly Lane Suite 150
Woodstock, GA 30189

10866 T32 P2 A
Connor Law
[redacted]

November 12, 2024

Dear Connor Law,

LINQ provides services to school districts for their human and resource management. Regrettably, we are writing to inform you about a data security incident that involved some of your information received in connection with services LINQ provides to The Academy. This letter explains what happened, measures we have taken in response, and offers steps you may consider taking.

**What Happened?** LINQ recently became aware of suspicious activity in one of our cloud solutions that supports our school district customers. We took immediate steps to confirm the security of this system and began an investigation with the assistance of third-party cybersecurity experts. On October 11, 2024, our investigation determined that an unauthorized user accessed the solution for brief intermittent periods of time between September 12, 2023, and May 13, 2024 and may have obtained certain information, including that which we received in connection with the services LINQ provides to The Academy.

**What Information Was Involved?** We conducted a thorough review of the involved information and determined that it may have included your name, Social Security number, date of birth and bank account information.

**What We Are Doing.** We take this incident and the security of the information we maintain very seriously. As part of our ongoing commitment to data security, LINQ is continuously working to reinforce organizational and security measures to help prevent events such as this from occurring.

LINQ has notified the national consumer reporting agencies of the incident. As a precaution to help protect your identity, we are offering you a complimentary one-year membership to Identity Defense Complete, which includes credit monitoring and fraud alerts. **For more information on identity theft prevention and Identity Defense Complete, including instructions on how to activate your complimentary membership, please see the pages following this letter.**

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. Please also review the enclosed *Additional Steps You Can Take*, which contains information on what you can do to safeguard against possible misuse of your information. You can also enroll in the free identity monitoring services that we are offering.

**For More Information.** If you have additional questions, you may call our toll-free assistance line at 888-458-5592 Monday through Friday 9:00 a.m. to 9:00 p.m. Eastern time (excluding U.S. holidays).

Sincerely,

*LINQ*