IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONNOR LAW, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> EMS LINQ, LLC. </br></br> Defendant. | Case No. 1:24-cv-01533-ADA |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiff Connor Law ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks preliminary approval of a proposed class action settlement and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states the following:

1. The terms of the settlement are set forth in the Settlement Agreement that was executed on or around July 31, 2025, attached as Exhibit A to Plaintiff's accompanying memorandum filed contemporaneously herewith.

2. The relief sought in this motion is supported by Counsel Leigh Montgomery's Declaration, attached as Exhibit B to Plaintiff's memorandum in support of this Motion; Plaintiff's memorandum of law in support of the motion for preliminary approval; and the proposed orders and other supporting documents submitted herewith.

3.      Plaintiff states that the proposed settlement falls within the approvable range of fair, reasonable, and adequate; satisfies the requirements of Fed. R. Civ. P. 23; and should be preliminarily approved by this Court.

WHEREFORE, Plaintiff respectfully requests that the Court enter the [Proposed] Order granting preliminary approval of the class action settlement, conditionally certifying a Settlement Class, granting preliminary approval of the Settlement Agreement, approving the form and manner of Notice, and scheduling a Final Approval Hearing.

Dated: August 13, 2025                                              Respectfully submitted,

_/s/ Leigh S. Montgomery_
Jarrett L. Ellzey (24040864)
Leigh S. Montgomery (24052214)
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Tel: (888) 350-3931
Fax: (888) 276-3455
Email: jellzey@eksm.com
Email: lmontogomery@eksm.com

**CERTIFICATE OF CONFERENCE**

This is to certify that on August 13, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery*
